James Lynn O' Hines 197067
Name and Prisoner/Booking Number

Florence State Prison
Place of Confinement

Box 3400 I-D-40 Small Eyman Complex
Mailing Address

Florence Az 85232
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**
FEB 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ___
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓  Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
and Southern District Calif.
Phoenix; and San Diego Ca.

James Lynn O' Hines,
(Full Name of Plaintiff)
        Plaintiff,

vs.

(1) Contracted Corrections: Juffe Inc,
(Full Name of Defendant)
(2) Computer Audio Video Technician(s),
(3) Wilshire Offices and Computer Labs,
(4) Union o/o³ and M.C.S. Carnival,
        Defendant(s).
☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. '08 CV 0409 JAH BLM
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

**A. JURISDICTION**

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☒ Other: 28 USC § 1332 (a) Diversity Jurisdiction Statute
   ☒ ☒ ☒ [ 42 USC § 1997 e (a)  42 usc § 1997 (e)(e)  28 usc § 1657 ]

2. Institution/city where violation occurred: Buckeye Florence-Via-Alhambra from RJD:
[ San Diego Donovan Prison of California "retro-active" to Corcoran K(A) yard and; ]
[ Atascadero State Hospital Santa Barbara Parole Depts. to San Diego Parole Dept. Region ]
[ IV District Assignment Interstate Compact Missouri, Illinois, California and; ]
[ The State of Arizona Dept. of Corr. #     42 usc § 1396r (a) P.H.S. # /550/555
Revised 3/9/07 (a) Retro-Active.) #                        1



## B. DEFENDANTS

1. Name of first Defendant: _Jaffe Inc (Fed R civil p. 5(c))_. The first Defendant is employed as: _Doctor, Lawyer Team contracted %(b)_ (Position and Title) at _all CDC, union affiliations Ca. Az(M)_ (Institution)

2. Name of second Defendant: _Mrs. Henderson-Wagner_. The second Defendant is employed as: _Administrative Parole CSO Management_ (Position and Title) at _Folsom FSP Sacramento + Florence Az._ (Institution)

3. Name of third Defendant: _U.K.U. Agent Grey Pico_. The third Defendant is employed as: _Audio video technician RNT_ (Position and Title) at _Wilshire Blvd Jaffe Inc. 4000 Blk._ (Institution)

4. Name of fourth Defendant: _Mona Thompson-Hine_. The fourth Defendant is employed as: _Correctional Officer % peace officer_ (Position and Title) at _Missouri/California/ and Arizona._ (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? _(Numerous #)_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _aka: Jackson Malloy_ v. _Red Stovall esq Atny at Law._
      2. Court and case number: _Central Division Los Angeles Ca_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _dismissed procedural default IFP (late)_

   b. Second prior lawsuit:
      1. Parties: _aka: Jackson Malloy_ v. _Corcoran IV A yard Capt Den Hagen_
      2. Court and case number: _Eastern Fed. District Fresno Calif (2002-2003)_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _dismissed procedural default (IFP late)_

   c. Third prior lawsuit:
      1. Parties: _James L. Hine aka Mallory Jackson_ v. _Darlene (Eva) Galazz & George Galazz._
      2. Court and case number: _Santa Barbara State Street Central District Court._
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _dismissed - jurisdiction procedural from Corcoran SHU IV A yrd. (2003)._

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: The Right to be free from undue governmental restraint oppressive supervision for ulterior motives.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1. Who?: Dr Michael A Jaffe MD Inc. contracted peace officer agent to California, Arizona, Missouri Dept of Corrections.
   2. What?: Solicitation of c/o union agents to actively participate in pre-conceived conspiracy to usurp private residence of plaintiff fo. INS. purposes of racial segregation, gender segregation, religious segregation.
   3. Where?: St. Louis Missouri to San Diego to Phoenix Arizona (1980s to present date) inside of Dept of Corrections and outside in the community on parole, personal residence (shared with plaintiff), and private residence of plaintiffs family Del Mar Calif, St. Louis Mo.
   4. When?: 1980s to present date to earliest possible release date 2-17-10.# (prior family relationship to Uncle at San Quentin Prison 1970s) 2002-2004-2005-2006-2007-2008 (FSP to ASH to ADOC-Florence---#)
   5. How?: Providing prescription drugs for Narcotics sales to solicitated agents and fringe benefits of television radio opportunities Wilshire Office (L.A.) #
   6. Why?: to deny Rehabilitation objectives of state prison and optional medical treatment at Hospital(s) and Career choice as country music writer/singer.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s). Loss of Life of Family member while supervised by Dept. of Corr. unnecessarily. Loss of child custody to recipiants of prescription drugs. illegal custody. personal property effects papers. Hospital operations 5/15/97 to 2004, 2005 #.#

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. (submitted N/A)

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: The Right to not be exposed to violence for personal injuries of physical nature, free or incarcerated.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
   ☐ Excessive force by an officer  ☒ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

1. Who?: Mrs. Henderson-Wagner Manager of Health Systems Inc. a division of Parole Dept and Community Services by contract.
2. What?: As secretarial supervisor for said department enforces policy of adverse objectives religiously for church/state by Biblical reference that deny plaintiff equal protection of laws guaranteed to others liberally.
3. Where?: State to State Missouri California and Arizona Hospitals and jail facilities to/from State prison and transitory jurisdictions Clayton Hospital, Maricopa County Jail (retro-active) Folsom to Atascadero State Hospital to Board & Care Home to Phoenix AZ from San Diego Ca. AZ Dept of Corrections.
4. When?: 1989 to 2002 to 2004 to 2005 to 2006, 2007, 2008, to EPRO 2-17-10.
5. How?: Individually and professionally as Manager of Health Systems Inc. a division of Alpha Bio-tech Research contracted to Dept of Corrections.
6. Why?: Ulterior motive of Wesleyan Biblical Reference Protestant, Jewish Mason Scottish Rite orientated to oppress plaintiff religiously legally, under the color of authority, anti-catholic agenda of Administration.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Custody of child. Denial of medical treatment options, loss of property effects, and Real Estate, personal papers $400,000.ºº value plus unestimatable financial loss, physical emotional trauma pain suffering, exposure to violence.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. (Submitted N/A)

## COUNT III

1. State the constitutional or other federal civil right that was violated: The right to not be placed in jeopardy at random or systematically in public/private domain.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1. Who? a.k.a. Agent Greg Pico "a double identity" in individual/proffessional capacity of Parole officer Grey Pico, or Greg Jaffe as Jaffe Inc.
   2. What? Personally verbally told plaintiff that with computer is/and does accept responsibility for violent trigger responses of actions and behavior in public and for audio video technician program implementation.
   3. Where? Wilshire Blvd offices of Jaffe Inc. and Cafe Balabans St Louis from Los Angeles. Prisons of RJ Donovan San Diego, Pleasant Valley Prison, Atascadero State Hospital, Alhambra Buckeye and Florence Prison, and 1018 Bompart Ave Home address and Clayton 24 Hr Medical Center, Phoenix Hospitals
   4. When? 1982 to 1988-89 to 1997 to 1998 to 2002 to 2005 to 2006, 2007, 2008 to E.P.R.O. of 2-17-10. (and 10-7-04 DFL Auto collision). Exp. date 2-17-10. # Liabilities Exposures.
   5. How? Sublime or audio video computer activation with sound waves automation, verbal aural suggestion by audio video tech assistant.
   6. Why? To impose a risk of volatile exposure to enhance danger or to control violence and create violence to eliminate deliberate self-incrimination.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Memory loss and physical, emotional pain suffering medical malpractice and surgical anastasia memory loss after surgical operations from violent episodes Hospital to Hospital prison to prison leg, Arm, Head, scars. Job and family.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. (submitted N/A)

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page. (A-1 - A5)

## Count IV cause of Action:

1. State the Constitutional right or other Federal civil right that was violated: 5th Amend. U.S. Const. the right as prisoner/parollee to act as/in authoritative role for family in emergencies situation as favored beneficiary son, and father.

2. Retaliation

3. Supporting facts: (1) M.C.S. Carnival San Diego, Phoenix Az) Who?: Mona Thompson-Hise a correctional peace officer union contracted employee jointly to Alpha Bio-technological Research Health Systems Inc U.S. of A.

(2) What?: Sexually-Gender orientated discrimination to deny male role of authority as Father and Son in roles of relationship to Mother and daughter of plaintiff.

(3) Where?: St. Louis Mo and San Diego Ca to Phoenix 1223 Grand Ave and 1300 W Pierce Street underground Labyrinth to state/church businesses, computer labs (Az deprotCom)

(4) When?: 1989 to 1990 to present, retro-actively on 10-7-04 at time of arrest for aggravated assault to present early possible release date of 2/17/10.

How?: Domination under the color of authority interaction with security at prison and hospitals Interstate compact.#

Why?: To aggressively and innovatingly deny life, liberty Interest in agreement w/ ulterior motive of private provider.

4. Injury: Extended Smu II housing, sensory deprivation, Life of Mother and daughter 1990 to present 49 and 18 yrs of age retrospectively.

5. Administrative Remedies: submitted and exhausted N/A 42 USC 1997 e (2) e (e).

## Count V Cause of Action:

1. Constitutional or other Federal Right Violation: The Right to not be prohibited from optional/alternative sentencing and dually exposed to medical, legal malpractice.

2. Medical care: Alternative sentencing Contract terms of Parole Guarantee of Immunity.

3. Supporting facts: (1) Who?: ConRep Agency Director Ms. Jane Shell

(2) What?: creation of legal collusion w/ advisory counsel Ms. Maria L. Schaffer atty at Law to file a Motion in Limine to deny immunity for Statute(s) of ARS. 13-1204 (#3), 13-3842 (#4)

(3) Where?: Maricopa County Courts Administrative Offices (by telephonic conferences of Internet computer, fax, and audio-video television surveillance. 18 USC § 2510-2520".)

(4) When?: Sept 2004 to Oct 2004 from Cass Homeless shelter to March 24th and May 25th of 2005 (at Maricopa County Jail) to present at Florence 2008 to 2/17/10

(5) How? As demonstrated and verbally contracted explained with telephonic communications of electronic surveillance.

(6) Why?: "Traditionally" Fitzgerald(s) of Legal Medical personnel Network McLaughlin vs. New Mexico, Arizona, Megans Law and to create Landmark decision of case law.

4. Injury Loss of Freedom, alternative sentencing return to therapy pre-Rule 11, custody of child, Legal, medical malpractice denial of immunity, Fed. Hosp. placement (Cusc concerns).

5. Administrative Remedies: submitted and exhausted. 42 USC 1997 · e (2c) e (e).

A-2

## Count Six Cause of Action:

1. State the Constitutional Right or other Federal Right that is/was violated: 5th nor be deprived of life liberty or property w/out due process of law (private property taken for public use)

2. Property: misappropriation of belongs by contorted mason contract revised at CMC east San Luis Obispo Ca. 1996-97)

3. Supporting Facts: (1) Who? Defendant No 5. pg A5 I Does 1 to 13. (2) What?: Mrs. Henderson-Wagner (aka Stuart) --- has acted proffessionally and individually under the color of authority to deny plaintiff inherited property at 1018 Bompart Ave and Mason Street w/ Real Estate interest for private financial gains, Intel: Dept. of Education Public schools and Dept of Corr. prisons for contracted Health Systems Inc. Business.
(3) Where?: Missouri to Calif. to Arizona while under parole and Con Rep Supervision as Atascadero Hospital parollee.  (4) When?: 2002 retro active to: 1989 Clayton Hospital St. Louis, Mo. to Ash to East County San Diego to Phoenix Az 10-17-04 to E.R.R.D at Az. Dept. of Corr. 2/17/10. (5) How?: By enforcement of a Church Doctrine based on racial, segregation Biblical Books of Joshua, Genesis, Exodus, and Samuel (eg) - Authoritatively denying oprosal medical treatment, and witholding key to residence in Missouri for other case concerns until resolved by mason contract.

4 Injury: Loss of life at 24 hr care medical center for denied oprosal treatment AMA signature of plaintiffs mother as ordered by plaintiff, and property sold to other than beneficiary.

5. Administrative Remedies: submitted and expired N/A. 42 USC 1997 e (a)   42 USC 1997 e (e).

(6) Why? : Reverse Racial Discrimination for Seminole agenda out of context Orlando Baptist Church (A-3).  I (10) to Sacramento Parish.

## Count 7: Cause of Action:

1. State the Constitutional Right or other Federal Right that was/is violated: The right to a speedy and public trial by an impartial jury ... assistance of counsel for defense.

2. Access to the Court: March 30th 2005 change of venue oral motion denied: (Defenses/objections Phoenix Fed. Dist. 12/16/07.)

3. Supporting Facts: (1) Who?: Az. Dept. of Corrections Unions as: California Correctional Peace Officer Association Internal Affairs".

(2) What?: Denied access to a fair venue on 3/30/05 and in federal appellate procedures denied a full review of defenses and objections in re: States response and Magistrate order.

(3) Where?: Florence State prison.

(4) When?: Jan 4 2008    Jan 6. 2008    retro active 3/30/05.    2/4/08.

(5) How?: By not allowing appellate response as mailed as defenses and objections: Reply 2254 28 USC §) 28 USC § 2244 (b) (3) and (4) Request for F.R.Civ.P. 9(a).

(6) Why?: Insanity Defense Reform Act / Capacity Defense: Complete Diversity: organizational victimizations  18 USC § 3041

4. Injury?: denied access to attorney; Advocate Witness Rule Appreciation Test of Az Crim R. of proc. 11 as: 18 USCA § 17. (I.D.R.A.) for overturning sentence (preserved pre-rule 11)."

5. Administrative Remedies: Yes. submitted Expired. 42 USC 1997 e (a)  42 USC 1997 e (e). w/ physical injuries.

A-4

Fed. R. of Civil Proc. 5 (c)
Additional Defendant(s).
Docs 1 to #

1. Webster Groves Missouri Police Dept and Mason Elm Street Lodge. (1) Officer Dan Hagen. (2) Tim (Dougherty) Murphy (3) unknown aka Temple Priest.
   * 42 USCA § 2000 (c) (3) (a).

(2) Cindy Smith Flagstaff Az I-44 Airstream Trailer and I-17 (N) (S). w/ Ambrosia Collier correctional ADOC c/os. and Maricopa county sheriffs. illegal custodians of plaintiff and plaintiff daughter. ARS-36-339 (c) (3) (w/ prior).
   * 28 USCA § 1738 A   42 USCA §§ 654, 655, 663.

(3) CCPOA union & P.O.A. Unios, Personnel, Staff, employees. for 10-17-04 to 2-17-10 incarcerations only: Transient c/os

1. Paullan Fridenmaker   Az, Mo. adlit c/o
2. T. Rice   c/o    "    "    "    "
3. Mona Thompson-Hine c/o  "    "    "    "
4. Eric S. Pierson Appeals coordinator. Florence. #
5. Henderson's family c/os   "    "    "    "
6. Williams family c/os   "    "    "    "
7. David Uranga Kowalski c/o  "    "    "    "
8. Morenci c/o   "    "    "    "
9. Gasnons c/o.   "    "    "    "
10. Kenneth S. (Smith) Countryman P.C c/o  "  "  "  "  #
11. c/o Ferril    San Diego to Arizona
12. c/o Annis        "           "
13. Corcoran to Florence  coc to ADOC Internal Affairs

Bivens v. Six unknown Federal Narcotic Agents: 703 U.S 388 (1971)   28 USC § 1331. # (Fed. R. Civil Proc 5 (c)).

A-5 I

## Count 8. Cause of Action:

1. (1) State the Constitutional Right or other Federal Civil Rights that was violated. 5th nor be deprived of Life or Liberty ...sic... w/out due process for just compensation (custody of child; Parental Rights).

2. (2) Liberty Interest Custody Rights of Father biological, natural, presumed, putative. To not be denied Parental Rights due to felony record. (With no sex offenses), drugs, burglaries, violence only. Discriminated against for incarceration status. and to not be denied due process : 42 USCA § 2000 (e)(3)(a) and statute 28 USCA § 1738 A  42 USCA §§ § 654, 655, 663. Protected Activity and Parental Kidnapping Act.

3. (3) Supporting Facts: (1) Who? : Defendant(s) Does : No 2. C/o ≤ (pg A.5. II) Cindy Smith (grandmother) Amber Oliver-Smith (Aunt) Smith family : (2) What? : ongoing interdepartmental family feud w/ childs illegal custodians ① over custody issues ② Los Angeles Ca. case concerns ③ Illinois Inheritance Cal Acres $100,000.00 ④ Religion. (3) Where? : Florence state prison from RJ Donovan, Corcoran IV A SNY yard ... Folsom to ASH to San Diego East County to Phoenix AZ. by paid C.I. and tv. surveillance. w/ priors. (4) When? : 1998-99 begining to ... 2002 to 2004, retro active 1996-97 to E.P.R.D. 2/17/10. (5). How? By overburdensome negative adverse influence. (6). Why? Eye Wit status Del Mar Calif. of double Homicide (508.) Injuries: Loss of child to K.S. Countryman P.C. (smith family)

Administrative Remedies : submitted and exhausted. 42 USC 1997 e (a)  42 USC 1997 e (c).

A.5, II

## E. REQUEST FOR RELIEF

State the relief you are seeking:

(1) Concurrent jurisdiction and conversion of custody, due to failure as breach of contract w/ ConRep Agencies Atascadero State Hospital 2004 #. Medical # SSI #
(2) Because of repeated hospital and jail time dangerous church and state violence on the job sniper-fire shooting in Missouri w/ employer Bill Warren of Hollister Rd Baptist church T.R.O. and Injunction stating terms and conditions for State Parole and Community services division, union c/o. MCS Carnival Operators.
(3) By statute bill compensation for public health and safety violations 42 USC 1396 r. #

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/13/2008                              James Lynn O'Hines
                     DATE                                    SIGNATURE OF PLAINTIFF


pro/per   pro/se  James Lynn O'Hines
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


CMS Region 9  Jeff Flick  Regional Administrator.
(Signature of attorney, if any)
75 Hawthorne Street Suite 408
San Francisco CA. 94105
(415) 744-3501
1-888-ITS-NOT OK  (1-888-487-6686.)
(Attorney's address & telephone number)


## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

James Lynn O'Hines

**DEFENDANTS**

Jaffe Inc, et al

[Stamp: 2254 1983 FILING FEE PAID Yes / No ✓ IFP MOTION FILED Yes / No ✓ COPIES SENT TO Court / PreSe]

[Stamp: FILED FEB 29 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA DEPUTY]

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

James Lynn O'Hines
Box 3400 SMU II
Florence, AZ 85232
197067

**ATTORNEYS (IF KNOWN)**

'08 CV 0409 JAH BLM

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|   | PT | DEF |   | PT | DEF |
|---|----|----|---|----|----|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23    DEMAND $   Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE   Docket Number

DATE  2/29/2008    SIGNATURE OF ATTORNEY OF RECORD  [signature]

CR